Case 1:23-cv-00382-UNA

IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF DELAWARE

BETWEEN:

Omega Patents, LLC

Plaintiff

-and-

Geotab Inc.

Defendant

### AFFIDAVIT OF SERVICE

I, **ROD GERRARD**, a Process Server of the City of Mississauga, in the Regional Municipality of Peel, Province of Ontario

**MAKE OATH AND SAY:**

I am the Process Server in this action.

On May 15, 2023, at 11:10am I served Geotab Inc. with the:

(1) **Civil Cover Sheet** (2) **Complaint** (3) **Summons in a Civil Action** (4) **District of Delaware, Local Rule 73.1**

by leaving a copy of each document with Neil Cawse, Chief Executive Officer, Director and President at 2440 Winston Park Drive, Oakville Ontario L6H 7V2.

I was able to identify the person by means of asking the recipient for photo ID and he produced his security badge with his picture and name.

I was able to establish his position with GEOTAB Inc. by:

(A) Searching "Geotab" on the internet which produced a page with Geotab and under this tab clicked on "website" scrolled to the bottom and on the right click on "leadership" under which Neil, Cawse appears as Founder and Chief Executive Officer. A copy of the website picture is attached as Exhibit "A".

Page 1 of 2
Client: M0018

Case 1:23-cv-00382-UNA

IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF DELAWARE

BETWEEN:

Omega Patents, LLC

Plaintiff

-and-

Geotab Inc.

Defendant

(B) Ontario Profile Report, Transaction Number: AAP-A10172969770; Report Generated on April 24, 2023, 16:34 (copy attached) which on page 2 of 8 states his position being "Director" and page 3 of 8 states his positions as Chief Executive Officer and President. A copy of the Ontario Profile Report mentioned is attached as Exhibit "B".

I make this affidavit for no improper purpose. I am not a party to this action.

**SWORN BEFORE** me in the City of Mississauga in the Regional Municipality of Peel in the Province of Ontario on this 29th day of May 2023.

_____
A Commissioner, etc.
Sanitha M. Miranda
Lawyer

_____
Rod Gerrard

Page 2 of 2
Client: M0018

# GEOTAB. Solutions



## Neil Cawse

Founder and Chief Executive Officer

# EXHIBIT "A"
(1 PAGE)

# EXHIBIT "B"
(8 PAGES)

Transaction Number: APP-A10172969770
Report Generated on April 24, 2023, 16:34



Ministry of Public and
Business Service Delivery

# Profile Report

GEOTAB INC. as of April 24, 2023

| | |
|---|---|
| Act | Business Corporations Act |
| Type | Ontario Business Corporation |
| Name | GEOTAB INC. |
| Ontario Corporation Number (OCN) | 5027959 |
| Governing Jurisdiction | Canada - Ontario |
| Status | Active |
| Date of Amalgamation | January 01, 2020 |
| Registered or Head Office Address | 2440 Winston Park Drive, Oakville, Ontario, Canada, L6H 7V2 |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

V. Quintanilla W.

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10172969770
Report Generated on April 24, 2023, 16:34

Active Director(s)

| | |
|---|---|
| Minimum Number of Directors | 1 |
| Maximum Number of Directors | 10 |

| | |
|---|---|
| Name | NEIL CAWSE |
| Address for Service | 2440 Winston Park Drive, Oakville, Ontario, Canada, L6H 7V2 |
| Resident Canadian | Yes |
| Date Began | January 01, 2020 |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

V. Quintanilla W.

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10172969770
Report Generated on April 24, 2023, 16:34

Active Officer(s)

| | |
|---|---|
| Name | NEIL CAWSE |
| Position | Chief Executive Officer |
| Address for Service | 2440 Winston Park Drive, Oakville, Ontario, Canada, L6H 7V2 |
| Date Began | August 13, 2021 |

| | |
|---|---|
| Name | NEIL CAWSE |
| Position | President |
| Address for Service | 2440 Winston Park Drive, Oakville, Ontario, Canada, L6H 7V2 |
| Date Began | January 01, 2020 |

| | |
|---|---|
| Name | MATTHEW DONNELLY |
| Position | Secretary |
| Address for Service | 2440 Winston Park Drive, Oakville, Ontario, Canada, L6H 7V2 |
| Date Began | August 13, 2021 |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

V. Quintanilla W.
Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10172969770
Report Generated on April 24, 2023, 16:34

**Corporate Name History**

| | |
|---|---|
| **Name** | GEOTAB INC. |
| **Effective Date** | January 01, 2020 |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

V. Quintanilla W.

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Page 4 of 8

Transaction Number: APP-A10172969770
Report Generated on April 24, 2023, 16:34

**Amalgamating Corporations**

| | |
|---|---|
| **Corporation Name** | BSM TECHNOLOGIES INC. |
| **Ontario Corporation Number** | 5027573 |
| **Corporation Name** | GEOTAB INC. |
| **Ontario Corporation Number** | 5007575 |
| **Corporation Name** | BSM TECHNOLOGIES LTD. |
| **Ontario Corporation Number** | 1961325 |

---

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

V. Quintanilla W.
Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10172969770
Report Generated on April 24, 2023, 16:34

**Active Business Names**

| | |
|---|---|
| **Name** | BSM TECHNOLOGIES |
| **Business Identification Number (BIN)** | 300109402 |
| **Registration Date** | January 28, 2020 |
| **Expiry Date** | January 27, 2025 |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10172969770
Report Generated on April 24, 2023, 16:34

**Expired or Cancelled Business Names**

| | |
|---|---|
| Name | FLEETCARMA |
| Business Identification Number (BIN) | 270683733 |
| Status | Inactive - Expired |
| Registration Date | June 20, 2017 |
| Expired Date | June 19, 2022 |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

V. Quintanilla W.

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10172969770
Report Generated on April 24, 2023, 16:34

Document List

| Filing Name | Effective Date |
| --- | --- |
| Annual Return - 2021<br>PAF: Grace WALKER | April 28, 2022 |
| Annual Return - 2020<br>PAF: GRACE WALKER - OTHER | August 17, 2021 |
| CIA - Initial Return<br>PAF: GRACE WALKER - OTHER | January 16, 2020 |
| BCA - Articles of Amendment | January 07, 2020 |
| BCA - Articles of Amalgamation | January 01, 2020 |

All "PAF" (person authorizing filing) information is displayed exactly as recorded in the Ontario Business Registry. Where PAF is not shown against a document, the information has not been recorded in the Ontario Business Registry.

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

V. Quintanilla W.

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.